UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARNES, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-05467-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff Gary Dale Barger has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, Barger may move to reopen the action.  Any such motion **must** contain a complete IFP application **or** full payment for the $400.00 filing fee.  The Clerk shall enter judgment in favor of defendants, and close the file.

　　　　**IT IS SO ORDERED.**

**Dated:**  January 29, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　United States District Judge